JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE BICARIO, an individual, | Case No: SACV12-0101-AG(ANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

WHEREAS, on April 12, 2012, the parties to this action, Felipe Bicario, plaintiff, and Portfolio Recovery Associates, LLC, defendant, by and through their attorneys of record, filed an Acceptance of Offer of Judgment (Docket No. 20).

THEREFORE, it is herby Ordered, Adjudged and Decreed as follows:

1.      Judgment is entered against defendant in the amount of $1,001.00, arising from plaintiff's claims against defendant as alleged in plaintiff's pleadings in this matter.

2.      Judgment is entered in an additional amount of $1,187.11, as a refund of plaintiff's garnished wages.

3.      Judgment includes an additional amount for plaintiff's reasonable attorney's fees and recoverable costs incurred as may be determined by this Court or agreed to by counsel for both parties.  If no agreement is reached, plaintiff may apply to this Court for an Order for costs and attorney's fees, subject to objection and response by defendant.

4.      Additionally, judgment includes a debt relief/waiver on plaintiff's HSBC Nevada bank account, with account number ending in 8307, in the amount of $5,517.73.

IT IS SO ORDERED

DATED: April 23, 2012

_____
Andrew Guilford
United States District Court Judge